EXHIBIT 2

CALL & JENSEN
A Professional Corporation
Matthew R. Orr, Bar No. 211097
Michael S. Orr, Bar No. 196844
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
morr@calljensen.com
msorr@calljensen.com

Attorneys for Defendant Monterey Financial Services, Inc.

FILED
NORTH COUNTY DIVISION
2013 NOV 25 PM 3:27
(31)
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO - NORTH COUNTY

**VIA FAX**

| | |
|---|---|
| TIFFANY BRINKLEY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONTEREY FINANCIAL SERVICES, INC.; DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.   37-2013-00071119-CU-MC-NC<br><br>Assigned for All Purposes to:<br>Hon. Timothy M. Casserly, Dept. N-31<br><br>**DEFENDANT MONTEREY FINANCIAL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>IMAGED FILED |

Complaint Filed:   October 15, 2013
Trial Date:   None Set

Defendant Monterey Financial Services, Inc. ("Defendant") in response to Plaintiff's unverified Complaint for Damages and Injunctive Relief for Unlawful Recording or Monitoring of Telephone Calls ("Complaint") hereby answers the allegations of the Complaint as follows:

### PLAINTIFF'S CLAIMS ARE SUBJECT TO BINDING ARBITRATION

1.   Defendant denies that jurisdiction is proper in this forum because Plaintiff's claims are subject to a binding arbitration agreement. As a result, Defendant will shortly bring a motion to stay

1  Plaintiff's individual claims, to dismiss the class claims, and to require Plaintiff to arbitrate her claims.
2  Defendant will further seek to recover all fees and costs associated with obtaining such relief.

### GENERAL DENIAL

2. Notwithstanding the foregoing and without prejudice to its right to seek arbitration, pursuant to California Code of Civil Procedure section 431.30(d), Defendant denies, generally and specifically, conjunctively and disjunctively, each and every allegation of the Complaint, and in each and every cause of action contained and asserted therein. Defendant denies that it is, or will be, liable to Plaintiff in any sum whatsoever. Defendant further denies, generally and specifically, that Plaintiff has suffered damages in the amount alleged, or in any sum, or that Plaintiff is entitled to any relief at all, by reason of any wrongful act or omission or purported act or omission of Defendant.

3. By alleging the defenses below, Defendant is not in any way agreeing or conceding that it has the burden of proof or persuasion on any of these issues.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's causes of actions are barred because she lacks standing to seek relief for any of her claims and/or on behalf of a class due to the valid and binding arbitration agreement that governs her claims.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint fails to state facts sufficient to constitute a cause of action as against Defendant for the reason that the same appears to be barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Defendant allege that all of Plaintiff's claims are barred because each claim is moot.

### FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint fails to state facts sufficient to constitute a cause of action under any legal theory.

### FIFTH AFFIRMATIVE DEFENSE

Defendant believes, and based upon such information and belief, alleges that at the time of the alleged conduct, Plaintiff had knowledge of the alleged recordings.

### SIXTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff has acted with "unclean hands" and that such actions are directly related to the claims by Plaintiff in the Complaint. As a result, Plaintiff is precluded from pursuing the claims in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional affirmative defenses available. Defendant reserves the right to assert additional affirmative defenses in the event discovery or further analysis indicates that additional, unknown or unstated affirmative defenses would be applicable.

Dated: November 25, 2013

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
Michael S. Orr

By: *[signature]*
Michael S. Orr

Attorneys for Defendant Monterey Financial Services, Inc.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial on all issues raised in the Complaint by Plaintiff Tiffany Brinkley.

Dated: November 25, 2013

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
Michael S. Orr

By: *[signature]*
Michael S. Orr

Attorneys for Defendant Monterey Financial Services, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On November 25, 2013, I served the foregoing document described as **DEFENDANT MONTEREY FINANCIAL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ ]   (BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[ X ]   (BY MAIL)   I am familiar with the practice of Call & Jensen for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call & Jensen, Newport Beach, California, following ordinary business practices.

[ ]   (BY FEDEX)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for delivery by overnight courier.  Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call & Jensen, Newport Beach, California, following ordinary business practices.

[ ]   (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein.  The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

1  [ ]   (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of _____ the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 25, 2013, at Newport Beach, California.

*Janelle Mulford*

Janelle Mulford

## SERVICE LIST

| | |
|---|---|
| Steven A. Wickman, Esq.<br>Christina E. Wickman, Esq.<br>Wickman & Wickman<br>3170 4th Avenue, Suite 200<br>San Diego, CA 92103-5850<br>Tel: (619) 482-1207<br>Fax: (619) 271-8656<br>Steve@wickmanlaw.com<br>Christina@wickmanlaw.com | **Attorneys for**<br><br>**Plaintiff Tiffany Brinkley** |
| Patrick N. Keegan, Esq.<br>Keegan & Baker, LLP<br>5055 Avenida Encinas, Suite 240<br>Carlsbad, CA 92008<br>Tel: (760) 929-9303<br>Fax: (760) 929-9260<br>pkeegan@keeganbaker.com | |

CALL &
JENSEN