UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY BRINKLEY,<br><br>                              Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, INC., et al.,<br><br>                              Defendant. | Case No.: 16-CV-1103-WQH(WVG)<br><br>**ORDER AFTER TELEPHONIC DISCOVERY CONFERENCES** |

      The Honorable William Q. Hayes directed the parties to conduct limited discovery related to Plaintiff's motion to remand this matter to State court and further directed the parties to contact the undersigned with any discovery disputes. Accordingly, on November 3, 2016, the parties notified the Court of a dispute regarding production of a list of putative class members. The Court held telephonic discovery conferences with counsel on November 4, 2016, and November 7, 2016. Based on those discussions on the record, the Court orders as follows:

      1.      On or before November 8, 2016, Defendants shall produce to Plaintiff a list of putative California and Washington class members that includes the putative class members' complete names, full telephone numbers, and complete addresses; and

1

2. Plaintiff shall not use the information produced pursuant to this Order to contact the individuals on that list in any manner absent further direction by this Court.

**IT IS SO ORDERED.**

DATED: November 7, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge