1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| TIFFANY BRINKLEY, on behalf of herself and others similarly situated, | CASE NO. 16-cv-1103-WQH-WVG |
| Plaintiff, | **ORDER** |
| vs. | |
| MONTEREY FINANCIAL SERVICES, INC. and MONTEREY FINANCIAL SERVICES, LCC, | |
| Defendants. | |

HAYES, Judge:

On October 20, 2017, the Court of Appeals for the Ninth Circuit entered judgment in this case, vacating this Court's order entered on March 23, 2017 and remanding the case to this Court.  The mandate is spread.  This Court now has jurisdiction.

IT IS HEREBY ORDERED THAT the parties shall submit a status report by December 1, 2017.

DATED:  November 15, 2017

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge