Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
KEEGAN & BAKER, LLP
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Tel:   (760) 929-9303
Fax:  (760) 929-9260
Attorney for Plaintiff Tiffany Brinkley

William P. Cole, Esq. (SBN 186772)
wcole@calljensen.com
Matthew R. Orr, Esq. (SBN 211097)
morr@calljensen.com
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:  (949) 717-3100
Attorneys for Defendant Monterey Financial Services, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY BRINKLEY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONTEREY FINANCIAL SERVICES, LLC<br><br>Defendant. | Case No.  3:16-cv-01103-WQH-WVG<br><br>**JOINT MOTION TO CONTINUE THE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Plaintiff Tiffany Brinkley ("Plaintiff"), by and through her attorney, and Monterey financial Services, LLC ("Defendant"), by and through its attorneys, files this Joint Motion to continue by one week the hearing date and briefing schedule for Defendant Monterey Financial LLC's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 117). On December 20, 2018, Defendant filed said motion to dismiss with a hearing date set for January 28, 2019. Due to a scheduling conflict, Plaintiff's counsel seeks a one week continuance of the hearing date and briefing schedule for Defendant's motion to dismiss, which Defendant does not oppose.

As a result, the parties jointly request that the hearing on Defendant Monterey Financial LLC's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 117) be continued from January 28, 2019 to February 4, 2019, or a date thereafter that is convenient to the Court, and that the Court issue an order adopting the following briefing schedule on said motion:

1. Plaintiff's opposition is due on January 21, 2019.
2. Defendant's reply is due on January 28, 2019.

Dated: January 7, 2019                KEEGAN & BAKER, LLP

                                      By: /s/ Patrick N. Keegan
                                          Patrick N. Keegan, Esq.
                                      Attorney for Plaintiff Tiffany Brinkley


Dated: January 7, 2019                CALL & JENSEN, APC

                                      By: /s/ Matthew R. Orr
                                          Matthew R. Orr
                                      Attorney for Defendant Monterey Financial Services, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew R. Orr, counsel for Defendant Monterey Financial Services, LLC, and that I have obtained Mr. Orr's approval of this electronic signature to this document.

Dated: January 7, 2019　　　　　　　　KEEGAN & BAKER, LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Patrick N. Keegan*
　　　　　　　　　　　　　　　　　　　　　Patrick N. Keegan, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Tiffany Brinkley

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing document described as **JOINT MOTION TO CONTINUE THE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Patrick N. Keegan*
Patrick N. Keegan, Esq.