# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY BRINKLEY,<br><br>       Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, INC., et al.,<br><br>       Defendant. | Case No.: 16-CV-1103-WQH(WVG)<br><br>**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE** |

The pleadings on Plaintiff's Second Amended Complaint having now been settled, the Court hereby schedules a telephonic status conference to discuss proceeding forward in this case. Accordingly:

A telephonic status conference is scheduled for **June 11, 2019**, at **9:30 a.m.** The Court will initiate the call. On or before **June 5, 2019**, each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached directly without fail at the time of the conference.

In advance of the status conference, the parties shall file a joint status report no later than **June 6, 2019**. The report shall specify the present posture of the case and what tasks remain to be completed.

**IT IS SO ORDERED.**

DATED: June 4, 2019

                       _____
                       Hon. William V. Gallo
                       United States Magistrate Judge