UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY BRINKLEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  16-CV-1103-WQH(WVG)<br><br>**ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE** |

　　　On June 14, 2019, this Court held a status conference to discuss the parties' request to conduct limited discovery related to particular summary judgment topics and the filing of a summary judgment motion.  The parties set forth their proposed plan in a status report filed at Docket No. 125.  Having discussed the matter with counsel, the Court ordered as follows:

　　　1.　　Plaintiff's expert report shall be provided to Defendant **on or before August 16, 2019**.

　　　2.　　**Until August 30, 2019**, the parties may take discovery in furtherance of filing a summary judgment motion.

　　　2.　　Defendant may file a summary judgment motion **no later than September 3, 2019**.

3. Plaintiff may file her opposition **no later than September 30, 2019**.

4. Defendant may file a reply **no later than October 15, 2019**.

5. The filing party shall contact the chambers of the District Judge to obtain a hearing date and time prior to filing of any summary judgment motion.

6. Within two days of a ruling on the MSJ, the parties shall notify this Court of the ruling.

7. Discovery disputes shall be jointly presented to this Court within 15 days of the dispute's arising.

**IT IS SO ORDERED.**

DATED: June 20, 2019

Hon. William V. Gallo
United States Magistrate Judge