1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY BRINKLEY, on behalf of herself and others similarly situated,<br><br>                                    Plaintiff,<br><br>              v.<br><br>MONTEREY FINANCIAL SERVICES, LLC, successor-in-interest to MONTEREY FINANCIAL SERVICES, Inc.,<br><br>                                    Defendants. | Case No.:  16cv01103-LL-WVG<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**[ECF No. 191]** |

## I.    INTRODUCTION

Before the Court is Defendant Monterey Financial Services, LLC's ("Defendant") *Ex Parte* Motion to Continue the Hearing and Briefing Schedule with respect to Plaintiff's Motion to Certify Class (the "Application").  ECF No. 191.  After considering the papers submitted, supporting documentation, and applicable law, and as set forth below, the Court **GRANTS** the Application.

## II.    BACKGROUND

The Court incorporates the factual and procedural background of this case as set forth in *Brinkley v. Monterey Fin. Servs., LLC*, No. 3:16-cv-01103-WQH-WVG, 2020 WL 1929023, at *2 (S.D. Cal. Apr. 21, 2020) (Hayes, J.) and *Brinkley v. Monterey Fin. Servs., LLC*, No. 3:16-cv-01103-TWR-WVG, 2021 WL 6882428, at *1 (S.D. Cal. Dec. 6, 2021)

1  (Robinson, J.).

2      As pertains to the instant Application, on December 20, 2021, the Court issued a

3  Scheduling Order Regulating Class Certification, which provided as follows:

| Filing: | Deadline: |
|---|---|
| **Motion for Class Certification:** | Thursday, April 7, 2022 |
| **Opposition:** | Thursday, April 28, 2022 |
| **Reply:** | Thursday, May 5, 2022 |

8  ECF No. 185 at 2, ¶ 6; *see also* CivLR 7.1.

9      On April 7, 2022, Plaintiff filed her Motion for Class Certification.  ECF No. 187.

10  That same day, Plaintiff also filed a motion to seal various documents in support of her

11  motion, ECF No. 188, which were lodged with the Court as ECF No. 189.

| Filing: | Current Deadline: | Proposed New Deadline: |
|---|---|---|
| **Motion for Class Certification:** | Thursday, April 7, 2022 | N/a |
| **Opposition:** | Thursday, April 28, 2022 | Thursday, May 12, 2022 |
| **Reply:** | Thursday, May 5, 2022 | Thursday, May 19, 2022 |
| **Hearing:** | Thursday, May 12, 2022 | Thursday, May 26, 2022 |

17  ECF No. 191 at 2-3.

18      On April 22, 2022, Defendant filed the instant *Ex Parte* Motion to Continue the

19  Hearing and Briefing Schedule with respect to Plaintiff's Motion to Certify Class.  ECF

20  No. 191.  On April 25, 2022, Plaintiff opposed.  ECF No. 192.

21  **III.   DISCUSSION**

22      Defendant argues that good cause exists for the continuance because "Plaintiff's

23  Motion raises complex and substantial issues of law," "[g]iven the nature of Plaintiff's

24  Motion and the extensive work product necessary to generate the response in opposition to

25  the Motion, [it] requires additional time to prepare a complete response to same."  ECF

26  No. 191 at 2:17-28.  Defendant's counsel also indicates that it is lead counsel for two

27  defendants in a lawsuit pending the Western District of Texas, where the plaintiffs are

28  seeking more than $90 million in damages, and they recently had to spend "significant time

preparing a motion to dismiss and a motion to say discovery." *Id.* at 3:1-11.  Additionally, they advise that the associating assigning lead counsel will be out of the office in the days leading up the present opposition deadline due to the birth of a child.  *Id.* at 3:12-15.

Plaintiff opposes by advancing three arguments: First, she contends Defendant has known of its opposition deadline since January 4, 2022 but did not seek this continuance until 108 days later.  ECF No. 192 at 2:13-23.  Second, Plaintiff argues that good cause does not exist for the extension because Defendant bases its request on having to work on other matters.  *Id.* at 2:24-3:8.  However, Defendant knew more than 123 days ago, when the scheduling order was filed, that Plaintiff's motion was due on April 7, 2022, meaning Defendant's opposition would be due three weeks later.  *Id.*  Nonetheless, Defendant chose to work on other matters instead as well as wait until five courts days before the deadline to seek an extension.  *Id.*  Third, Plaintiff argues that if the Court were to grant the *ex parte* motion and continue Defendant's opposition deadline to May 12, 2022, it would prejudice Plaintiff's counsel's ability to file her reply because of Plaintiff's counsel's motion filing deadlines and discovery response obligations in other cases during the time period of May 12, 2022 to May 19, 2022 (the date Defendant proposed that Plaintiff be required to file her reply to Monterey's opposition).  *Id.* at 4:6-17.  Thus, Plaintiff asks that if the Court grants the request, it continue Plaintiff's reply brief deadline to May 26, 2022.  *Id.*

The Court does not find Defendant's stated reasons to qualify as good cause to continue the briefing schedule in a case that has been pending for almost six years. Moreover, that the request was made four court days before the deadline is not well-taken. However, given this is the first request with respect to the class certification motion, the Court grants the Application as set forth below.

## IV.    CONCLUSION

For the above reasons, the Court **GRANTS** Defendant's request as follows:

| Filing: | Current Deadline: | Proposed New Deadline: |
|---|---|---|
| **Motion for Class Certification:** | Thursday, April 7, 2022 | N/a |
| **Opposition:** | Thursday, April 28, 2022 | Thursday, May 12, 2022 |

3

| **Reply:** | Thursday, May 5, 2022 | Thursday, May 26, 2022 |
| **Hearing:** | Thursday, May 12, 2022 | The hearing will be vacated, and the Court will take the matter under submission unless the Court requests oral argument. |

No further continuances will be granted absent a strong showing of good cause.

**IT IS SO ORDERED.**

DATED:    April 27, 2022



_____

**HON. LINDA LOPEZ**
United States District Judge

16cv01103-LL-WVG